UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

_____

UNITED STATES OF AMERICA,

               Plaintiff,

                                             DECISION AND ORDER

                                             06-CR-6024L

          v.

ALGERNON TOOLE,

               Defendant.

_____

     The criminal prosecution against Algernon Toole has concluded in District Court. The defendant was convicted after a jury trial, and has been sentenced to a term of imprisonment. Therefore, the Order Setting Conditions of Release (Dkt. #188), and all Appearance Bonds and Agreements to Forfeit Property have been satisfied and the defendant and his sureties are relieved of any further obligation on the appearance bonds, and it is further

     ORDERED that the Government is directed to take steps to vacate and discharge any liens or encumbrances that were filed against real property posted as security in whatever jurisdiction such liens or encumbrances may have been recorded, forthwith.

     IT IS SO ORDERED.

_____
DAVID G. LARIMER
United States District Judge

Dated: Rochester, New York
       January 4, 2011.