UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,

                              Plaintiff,

                                                          DECISION AND ORDER

                                                          06-CR-6024L

               v.

ALGERNON TOOLE,

                              Defendant.
_____

       Defendant Algernon Toole's ("Toole") motion (Dkt. #410) for reconsideration of his
sentence based on a recent United States Supreme Court decision, *Alleyne v. United States,* decided
June 17, 2013, is in all respects denied. *Alleyne* does not affect the judgment and sentence of Toole
and, even if it did, there is no basis to retroactively apply the *Alleyne* decision which was decided
many years subsequent to Toole's conviction after trial and sentence. *See United States v. Redd,*
2013 U.S. App. LEXIS 22423, 2d Cir. November 5, 2013).

       IT IS SO ORDERED.

                                        _____
                                             DAVID G. LARIMER
                                             United States District Judge

Dated: Rochester, New York
       November 7, 2013.